```
              ARIZONA MOTOR VEHICLE RECORD AS OF 08/09/2013       IMSPL040
AZT8921 -001  TAB AZT8921 CAT A VIN 1N4BL24E68C215612      MAKE NISS
2008 CP   VMO A5E    FLP 024890 GVW 000000 MFR APR 2008 EXP MAR 31 2014 FUEL G
                                           PRD        FNED
TITLE NO AE81013116035 ST AZ DATE        FILM N116AE8114         OD 0078430 A
OWNER   SHEILA,DENISE,MOTT
M/ADR 1527 E FORT LOWELL           TUCSON                    AZ 85719      10
V/ADR                                                                      00
COMMENTS
LIEN1 CANYON STATE CU                          DATE 03262013 L/S
   ADR 1558 W JACKSON ST        PHOENIX           AZ 850073216
LIEN2                                          DATE          L/S
   ADR
LIEN3                                          DATE          V/COLOR1 BLK
   ADR                                                       V/COLOR2
SC:
  02-TITLE IN PROCESS      26-OWN,REG,VEH RECORD


THIS DOCUMENT IS A  CERTIFIED DUPLICATE  OF THE INFORMATION CONTAINED IN THE
COMPUTER STORAGE DEVICES  OF THE DEPARTMENT OF TRANSPORTATION, MOTOR VEHICLE
DIVISION, IN ACCORDANCE WITH ARIZONA REVISED STATUTES SECTION 28-444.
```



# Motor Vehicle Division
ADOT
48-0509T R09/09 www.azdot.gov

**MVD AUTHORIZED 3RD PARTY**
**ALL VEHICLE TITLE**
Date: 4/26/13
Amt. Pd: 191.58
Initials: ___

# TITLE AND REGISTRATION APPLICATION
When you sell your vehicle or otherwise transfer ownership, or end your lease, complete a Sold Notice at www.servicearizona.com.

| Plate Number | Title Number | Unit Number | Arizona Brand |
|---|---|---|---|
| AZT8921 | AZT8921 | | |

| Vehicle Identification Number | Make | Body Style | Year | Arizona Brand |
|---|---|---|---|---|
| 1N4BL24E68C215612 | NISS | CP | 2008 | |

Previous Brand/State | Previous Brand/State | Previous Brand/State | Other States With Brands

| First Registered | Model | List Price | GVW | Fuel | Odometer Reading (no tenths) | | Mobile Home W/L |
|---|---|---|---|---|---|---|---|
| APR2008 | A5E | 024890 | 000000 | G | 0078430 | [X] Actual □B □C | |

Legal Status | Driver License or EIN

**SHEILA DENISE MOTT**

1527 E FORT LOWELL
TUCSON                AZ 85719

◄ Owner Names Mailing Address

**Registration Expiration Date**
03/31/2014

Residence Address of Owner or Lessee (if different from Mailing Address)

**Lienholders**
Name: **CANYON STATE CU**
Driver License or EIN: E00284992
Mailing Address: 1558 W JACKSON ST     PHOENIX
Legal Status:
AZ 850073216
Date: 03262013

Name:
Driver License or EIN:
Mailing Address:
Mobile Home Manufacturer             Vehicle/Mobile Home Location

□ Vehicle is specially constructed or reconstructed.
□ Vehicle will be rented without a driver (such as a rental car).
□ I certify that this vehicle, commonly referred to as a station wagon or referred to by the manufacturer's rating as a 3/4 ton or less pickup truck or 3/4 ton or less van, is not maintained and operated more than 1,000 hours in a vehicle registration year for the transportation of passengers or property in the furtherance of a commercial enterprise.
□ I certify that this trailer or semitrailer with a declared gross weight of 10,000 lbs or less is not maintained and operated in the furtherance of a commercial enterprise.
□ I consent to the release of personal information contained in my driver license and vehicle record. I understand that this is not a one-time consent that applies only to a specific individual or organization, but is instead a general consent that applies to all requests from any and all individuals or organizations for any purpose, until revoked by me in writing. Consent for a vehicle record applies to all owners.

I certify that the information above and any documentation that I submit in support of this application, is true and correct, and that the vehicle is free from liens, except those indicated above. I acknowledge that the odometer reading above is qualified by the seller and that it is not the responsibility of the Motor Vehicle Division to determine the accuracy of the odometer statement. I understand that vehicles registered for use in, or used to commute into, Air Quality Control areas (including greater metro Phoenix or Tucson) may be subject to emissions testing.

All Owners Sign Here
*[signature] Sld*

I do hereby state that we hold this property as joint tenants, and furthermore empower and authorize each other as attorney in fact to assign the certificate of title by his or her signature alone and thereby transfer, sell, mortgage or otherwise encumber the vehicle, or transfer license plates and/or fees in the same manner as though all joint owners had acted and signed.
Owners With "OR" Legal Status Also Sign Here

| Fees | |
|---|---|
| VLT | 177.83 |
| REG | 8.25 |
| AQF | 1.50 |
| TTL | 4.00 |

| Batch/Date/Office Number | Cat | Canceled Plate Number/State/Agent |
|---|---|---|
| AE81 04262013 6059 | A | □1 □2 Plates |

New Title Number: AE81013116035
New Film Reference Number: N116AE8114     Type: ELT
Prior Title Number: 0J20013084029
State: AZ
Prior Film Reference Number: N0840J2013

**TOTAL      191.58**

0522091235

Case 4:13-ap-01280-EWH  Doc 1-1  Filed 11/27/13  Entered 11/27/13 13:53:31  Desc
Exhibit A-MVD Documents     Page 2 of 8

# Motor Vehicle Division — TITLE AND REGISTRATION APPLICATION

ADOT 96-0236 R09/12 www.azdot.gov

**Application type:** ☒ Title and Registration ☐ Title Only ☐ Duplicate ☐ Registration Only ☐ Dismantle ☐ Salvage ☐ Stolen

| Field | Value |
|---|---|
| Plate Number | |
| Plate Credit No. | |
| Credit Eff. Date | |
| First Registered | |
| Reg. Eff. Date | |
| Reg. Expiration Date | |
| Unit Number | |
| Mobile Home W/L | |
| Vehicle Identification Number | 1N4BL24E68C215012 |
| Make | Nissan |
| Body Style | 2Dr |
| Year | 08 |
| Model | Altima |
| List Price | |
| GVW | |
| Fuel | |
| Odometer Reading (no tenths) | 78,430 |
| Odometer Codes | ☒ A ☐ B ☐ C |
| Vehicle Construction | ☐ Specially Constructed ☐ Reconstructed |
| Trailer Plate Size | ☐ Full Size ☐ Small |
| Lien Amount | $14,121 — |
| Lien Date | 3.26.2013 |
| Lienholder Name | Canyon State Credit Union |
| Lienholder Mailing Address | 1558 W. Jackson St. |
| City | Phoenix |
| State / Zip | AZ 85007 |

**Owner 1**

| Field | Value |
|---|---|
| Owner Name | Sheila Denise Mott |
| Street Address | 1527 E Ft Lowell Rd |
| City | Tucson |
| State / Zip | AZ 85719 |
| County | Pima |

All Owners Sign Here ▶ *Sheila Mott*

## Odometer Reading Codes

A  The mileage stated reflects the actual mileage.
B  The mileage stated is in excess of the odometer's mechanical limits.
C  The odometer reading is not the actual mileage. WARNING – ODOMETER DISCREPANCY

## Legal Status

When ownership of the vehicle is in more than one name, the Legal Status box determines which signatures will be required to transfer ownership of the vehicle, license plates and/or fees, to apply for a refund, or to record loan information.

OR  Ownership is joint tenancy, with an expressed intent that either of the owners has full authority to transfer ownership, license plate and/or fees, or to record loan information. Names will appear on the title as in this example: JOHN DOE OR JOE ROSS
Signature of either party will be accepted. Both signatures are not required. **Owners must sign the Legal Status boxes.**

AND  Ownership is tenancy in common. Names will appear on the title as in this example: JOHN DOE AND JOE ROSS
Signatures of both parties will be required. In the event of the death of either party, the interest of the deceased party must be handled by probate action, or by completing a Non-Probate Affidavit.

AND/OR  Ownership is joint tenancy with right of survivorship. Names will be on the title as in this example: JOHN DOE AND/OR JOE ROSS
Signatures of both parties will be required, if both are living. Upon proof of death, the survivor may sign alone.

## Driver License Number or EIN

You are required to provide your driver license number or MVD assigned Customer Number. If in the name of a company, provide your Federal Employer Identification Number (EIN) assigned by the Internal Revenue Service, or MVD assigned Customer Number.

## Service Options

In the Service Options box, enter the number for each item that applies to you. Additional documentation may be required.

1. **Alternative Fuel** – Vehicle is powered by liquefied petroleum gas (LPG, propane), natural gas (CNG/LNG), a blend of 70% alternative fuel and 30% petroleum-based fuel, hydrogen, solar or electric (excluding golf carts).
2. **Tribal** – You are an enrolled member of a tribe and live on a reservation.
3. **VA Grant** – You received financial aid from the U.S. Department of Veterans Affairs to purchase your vehicle.
4. **VA Disability** – You are certified by the U.S. Department of Veterans Affairs to be 100% disabled and drawing compensation on that basis. The exemption also applies to the surviving spouse, until remarriage.
5. **Widow** – You receive a widow, widower or totally disabled person, property tax exemption from your county assessor.
6. **Military** – You are a nonresident military person.
7. **Non-Government Emergency Services** – You are a private provider of ambulance, fire fighter or rescue services, and your vehicle is used solely for emergency services.
8. **Nonprofit** – You receive a non-profit, property tax exemption from your county assessor.
9. **School or Church** – You receive a non-profit school or church property tax exemption from your county assessor.
10. **SSI** – You receive Supplemental Security Income disability payments from the federal government. This is not regular Social Security disability benefits.
11. **Leased School Bus** – Vehicle is a bus leased by a school district.
12. **Health Officer** – You are a public health commissioned officer assigned to a government clinic or medical center.

— Commercial Use / Motor Carrier Options —

13. **One-Way Hauling** – At least 45% of the vehicle mileage during the registration year is traveled without a load.
14. **Route Truck** – Vehicle weighs more than 26,000 lbs and begins and ends a trip at the same point without adding to the load. At the midway point, the load must be less than 45% of the full load capacity of the vehicle.
15. **Agricultural Products** – Vehicle is used only for transporting agricultural products, such as crops, machinery, supplies or livestock used or produced in farming operations. The products, crops or livestock must be unmanufactured or unprocessed.
16. **For Hire** – Vehicle is 12,000 lbs or less and you receive compensation for transporting people or property.
17. **Farm Vehicle** – Vehicle is used in commercial farming or stock raising by the farmer, family member or an employee.
18. **Motion Picture Production** – Vehicle is used in the production of motion pictures, commercials or films.
19. **Limited Mileage I** – Vehicle weighs more than 26,000 lbs and is driven less than 2,000 miles each year.
20. **Limited Mileage II** – Vehicle weighs more than 26,000 lbs and is driven 2,000 or more miles, but less than 4,000 miles each year.

## Vehicle License Tax Distribution

Revenues from the Vehicle License Tax are distributed as follows:  State Highways 22.72%, County Roads 14.38%, City Roads 13.72%, County General Fund 24.59% and City/Town General Fund 24.59%.



Record and State Law require that the seller state the vehicle mileage upon transfer of ownership. Failure to complete the odometer statement or providing a false statement may result in fines and/or imprisonment. The buyer has 15 business days to apply for a new vehicle title or he/she is subject to a penalty charge, whether or not the vehicle is being used. The time period is subject to legislative changes.

## TRANSFER OF OWNERSHIP

| Buyer's Name | City | State | Zip |
|---|---|---|---|
| Sheila O Mott | Tucson | AZ | 85713 |
| 7691 E Glenn Rd | | | |

Buyer Sold Vehicle From 7691 E Jackson St Tucson AZ 85713

☐ Mileage in excess of the odometer mechanical limits
☐ NOT Actual Mileage WARNING - ODOMETER DISCREPANCY

| Seller's Name | City | State | Zip |
|---|---|---|---|
| JG Motorsports | Tucson | AZ | 85705 |
| 2686 N Stone Ave | | | |

### DEALER REASSIGNMENT

(remaining sections blank)

This document is a certified duplicate of the information contained in the records of the Department of Transportation, Motor Vehicle Division, in accordance with Arizona Revised Statutes section 28-444

Exhibit A - MVD Documents — Page 6 of 8



# Motor Vehicle Division
ADOT
96-0165 R05/05  www.azdot.gov

## SECURE ODOMETER DISCLOSURE
### Void If Altered Or Erased

| Vehicle Identification Number | Year | Make | Body Style |
|---|---|---|---|
| 1N4BL29E68C215612 | 08 | Nissan | 4dr |

| Buyer Name | Sale Date | Title Number |
|---|---|---|
| Sheila D Mott | 3-26-13 | 05200308402 |

Federal and State law require that the seller states the mileage in connection with the transfer of ownership. Failure to complete the odometer statement, or providing a false statement, may result in fines and/or imprisonment.

**Odometer Reading (no tenths):** 78473 ☒ miles ☐ kilometers

☐ Mileage in excess of the odometer mechanical limits.
☐ NOT Actual Mileage, WARNING - ODOMETER DISCREPANCY

I certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

| Seller/Dealership Name (printed) | Dealer Number |
|---|---|
| JQ Motorsport | 0001051 |

| Street Address | City | State / Zip |
|---|---|---|
| 2526 N. Stone Ave | Tucson | AZ 85705 |

| Agent Name | Seller/Agent Signature |
|---|---|
| Qutaiba Hajim | (signed) |

I am aware of the above odometer certification made by the seller.

| Buyer Name (printed) | Buyer Signature |
|---|---|
| Sheila Mott | Sheila Mott |

**WITH TITLE**



**CERTIFICATE OF AUTHENTICATION**

The duly appointed Division Director, Arizona Department of Transportation, Motor Vehicle Division, certifies that the signature on the accompanying document(s) is that of the Custodian of Records related to the issuance of Arizona titles and driver licenses for the Motor Vehicle Division, Arizona Department of Transportation, and is incumbent in the office and the signature is genuine.

*[Signature]*

**DIVISION DIRECTOR**
Motor Vehicle Division
Arizona Department of Transportation

Date: August 09, 2013