**ORDERED.**

**Dated: February 24, 2014**



*Eileen W. Hollowell, Bankruptcy Judge*
_____

# IN THE UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re<br><br>Sheila Denise Mott,<br><br>        Debtor(s).<br>_____<br><br>STANLEY J. KARTCHNER, Chapter 7 Trustee,<br><br>        Plaintiff,<br>  v.<br><br>CANYON STATE CREDIT UNION, its successors and/or assigns,<br><br>        Defendant.<br>_____ | Case No. 4:13-bk-09315-EWH<br><br>Chapter 7<br><br><br><br>Adv. No. Adv. No. 4:13-ap-01280-EWH<br><br><br><br><br><br>**STIPULATED ORDER FOR AVOIDANCE OF LIEN** |

      Based upon the Plaintiff's Complaint for Avoidance of Lien, pursuant to 11 U.S.C. § 547, wherein Plaintiff requests judgment for the avoidance of any secured interest claimed or asserted by Defendant Canyon State Credit Union, its successors and/or assigns ("Defendant") in that certain 2008 Nissan Altima, VIN 1N4BL24E68C215612 ("Vehicle"), as well as, the proceeds

arising from the sale of the Vehicle, and upon the Defendant's stipulation for the avoidance of any such secured interest as evidenced by the signature of counsel below, and each party signing below representing to the other party and the Court that they have the authority to sign on behalf of and bind their party, and good cause appearing,

**IT IS HEREBY ORDERED** as follows:

1. Any lien or secured interest held or asserted by Defendant in the Vehicle, and/or the proceeds arising from the sale of the Vehicle is avoided, pursuant to 11 U.S.C. § 547;

2. The Plaintiff may recover the avoided lien or secured interest against the Vehicle, for the benefit of the estate, from Defendant, pursuant to 11 U.S.C. § 550;

3. Any lien or secured interest held or asserted by Defendant in the Vehicle and/or the proceeds arising from the sale of the Vehicle is preserved for the benefit of this estate, pursuant to 11 U.S.C. § 551;

4. This bankruptcy estate is entitled to retain the proceeds from the sale of the Vehicle free and clear of any liens or interest held or asserted by Defendant;

5. Defendant shall deliver the Certificate of Title for the Vehicle to Trustee, and shall execute all documents necessary to release its lien against the Vehicle within fourteen (14) days from the date of this order;

6. The Arizona Motor Vehicle Department shall issue a new Certificate of Title to "Stanley J. Kartchner, as Chapter 7 Trustee for the Estate of Sheila Denise Mott," free and clear of any liens or other interests held or asserted by Defendant;

7. Allowing Defendant to file a general unsecured claim in the amount of the balance due to Defendant on the underlying note relating to the avoided lien against the Vehicle, which shall be deemed valid if filed within the later of thirty (30) days from the date of this order or the claims bar date; and

8. Dismissing this adversary proceeding with all parties to bear their own fees and costs incurred herein.

DATED AND SIGNED ABOVE

**APPROVED AS TO
FORM AND CONTENT:**

TRUDY A. NOWAK, P.C.

By: /s/ Trudy A. NowakDated: January 20, 2014
Trudy A. Nowak
Attorney for Plaintiff

GUST ROSENFELD, PLC

By: /s/ Madeleine C. WansleeDated: January 14, 2014
Madeleine C. Wanslee
Attorney for Defendant